NORTHERN DISTRICT OF FLORIDA
Probation and Pretrial Services

# MEMORANDUM

**DATE:** January 28, 2009

**REPLY TO ATTN OF:** Dennis J. Thomson
U. S. Probation Officer
Gainesville, Florida

**SUBJECT:** **Sarah Sumner**
**Dkt. No. 1:08CR11**
**REQUEST TO DISMISS PETITION FOR OFFENDER UNDER SUPERVISION**

**TO:** The Honorable Robert L. Hinkle
Chief United States District Judge
Tallahassee, Florida

---

On August 12, 2008, the defendant appeared before Your Honor and was sentenced to 1 year probation for the offense of Misprison of a Felony, in violation of 18 U.S.C. § 4, a Class E felony. She was immediately transferred to the Middle District of Florida, Ocala Division, for supervision, as she resided in the Ocala, Florida area.

On December 30, 2008, the probation office in the Middle District of Florida submitted a Petition for Warrant or Summons for Offender Under Probation, which was forwarded to Your Honor by this office. In response, Your Honor ordered the issuance of a summons on January 9, 2009.

Upon further review of the alleged violations, this officer believes that the violations can be addressed through staffing these issues with the defendant by the probation office. The Gainesville Division has now assumed supervision of the defendant's case to address the issues listed in the petition. It is the request of the probation office that the petition filed against the defendant be dismissed.

Reviewed by: _____  /  1/28/09
Saralyn Lee, Supervising                        Date
U. S. Probation Officer

Sumner, Sarah
Request to Dismiss
January 28, 2009
Page 2

**APPROVED:** _/s/ [signature]_

**DISAPPROVED:** _____

**DATE:** 2/5/09

The petition is dismissed without prejudice.

**SIGNATURE:** _/s/ [signature]_